**Order entered October 22, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00487-CR

**JOSE RAMIREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F14-24205-H**

## ORDER

The Court **REINSTATES** the appeal.

On October 5, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On October 20, 2015, we received the reporter's record and on October 21, 2015, we received the exhibit volume. Therefore, in the interest of expediting the appeal, we **VACATE** the October 5, 2015 order requiring findings.

We **ORDER** the reporter's record filed as of the date of this order.

Appellant's brief is due within thirty days of the date of this order.

/s/    ADA BROWN
        JUSTICE